**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**BARRY AMOS BALDWIN,**
    Petitioner,

vs.                                                    Case No. 5:06cv255/MCR/MD

**SUPERINTENDENT WASHINGTON
CORRECTIONAL INSTITUTION,**
    Respondent.
_____

**O R D E R**

On March 6, 2007 this court entered an order (doc. 9) requiring petitioner to respond to the motion to dismiss filed by respondent (doc. 8). Petitioner has responded to the order by filing a motion for extension of time, (doc. 10), indicating that he did not receive a copy of respondent's motion. The certificate of service attached to respondent's motion indicates that it was mailed to petitioner at his address of record on February 26, 2007. Regardless, the court will direct respondent to serve another copy upon petitioner so that he may respond.

Accordingly, it is ORDERED:

1. Petitioner's motion for extension of time (doc. 10) is GRANTED.

2. Within **ten (10) days** of the docketing date of this order, respondent shall file with the court a certificate of service indicating that he has mailed a copy of his motion to dismiss (doc. 8) to petitioner at petitioner's address of record: Washington Correctional Institution, 4455 Sam Mitchell Drive, Chipley, Florida 32428-3597.

3.  Petitioner shall have **thirty (30) days** from the date indicated on respondent's certificate of service in which to file a response.

DONE AND ORDERED this 5th day of April, 2007.

/s/ *Miles Davis*

**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**