IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BARRY AMOS BALDWIN,**
      Petitioner,

vs.                                                         5:06cv255/MCR/MD

**SUPERINTENDENT WASHINGTON**
**CORRECTIONAL INSTITUTION,**
      Respondent.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated May 2, 2007. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  The respondent's motion to dismiss (doc. 8) is GRANTED.

3.  The § 2254 petition (doc. 1) is DISMISSED WITHOUT PREJUDICE.

4.  The clerk is directed to close the file and send to petitioner the Eleventh Circuit's form application for leave to file a second or successive petition.

DONE AND ORDERED this 8th day of June, 2007.

            *s/ M. Casey Rodgers*
            **M. CASEY RODGERS**
            **UNITED STATES DISTRICT JUDGE**